# United States District Court
## For The Western District of North Carolina

UNITED STATES OF AMERICA

V.

Jerry Francis Parker

JUDGMENT IN A CRIMINAL CASE
(Petty / Misdemeanor Offenses)

Case Number: 2:14po03-02

Russell L. McLean, III
Defendant's Attorney

**THE DEFENDANT:**

- ☒ pleaded guilty to count(s) 2
- ☐ pleaded guilty to violation(s)
- ☐ pleaded not guilty to count(s)
- ☐ pleaded not guilty to violation(s)

| Title and Section | Nature of Offense | Date of Offense | Counts |
|---|---|---|---|
| 36 CFR 261.10(k) | Use National Forest System Land without Required Authorization | 10/18/11 | 2 |

- ☒ Counts(s) 1, 3, 8, 9 (are) dismissed on the motion of the United States.
- ☐ Violation Notice(s) Enter Counts (is)(are) dismissed on the motion of the United States.
- ☐ Found not guilty as to: Enter Counts

**IMPOSITION OF SENTENCE:**

That the defendant pay a fine in the amount of $1,500 and $10 assessment. All monies due by 11/25/2014.

It is further ordered that the defendant shall surrender or forfeit to the North Carolina Wildlife Resource Commission any hunting and fishing license issued to him by that Commission for a period of Two years from and after 10/16/2014.

The defendant shall not obtain nor shall the commission issue to the defendant a hunting and fishing license allowing the defendant to fish or hunt in the State of North Carolina for a period of two years.

Date of Imposition of Sentence: 10/16/2014

Title of Signing Officer
United States District Court

**RETURN**

I have executed this Judgment as follows: _____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.
By _____
United States Deputy Marshal